IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL CASEY THOMPSON,

    Plaintiff,

v.

FNU HARDEN, et al.,

    Defendants.

CIVIL ACTION NO.: 6:21-cv-72

ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 11. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendants Brown and Knight and his conditions of confinement claim. Plaintiff's excessive force claims against Defendants Harden and Ostic remain pending. Id.; Doc. 12.

SO ORDERED, this 16th day of March, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA