AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL CASEY THOMPSON,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 6:21-cv-72

RANDOLPH HARDEN; and OFFICER MICHAEL OSTIC,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 31, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court and Defendant's Motion to Dismiss is granted. Therefore, Plaintiff's complaint is dismissed, without prejudice, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.



| 1/31/23 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020